FILED

2004 Nov-17  AM 11:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CEDRIC HARRIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-G-0086-S |
| | ) |
| WARDEN STEVE WATSON; | ) |
| ATTORNEY GENERAL FOR | ) |
| THE STATE OF ALABAMA | ) |
| | ) |
| Respondents. | ) |

## FINAL JUDGMENT

On October 26, 2004 the magistrate judge's findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. On November 8, 2004 petitioner's copy of the findings and recommendation was returned by the Postal Service stamped 'RETURN TO SENDER–NO LONGER HERE." No objections have been filed by either party.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation, the court hereby ADOPTS the findings of the magistrate judge. The court further ACCEPTS the recommendation of the magistrate judge and it is therefore ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED as untimely.

DONE this the 16th day of November, 2004.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE